AO 245B (Rev. 06/05)

Sheet 1- Judgment in a Criminal Case

# United States District Court

## Eastern District of Missouri

UNITED STATES OF AMERICA

v.

DAVID GREENWADE

### JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 4:05CR78 and S1-4:05CR85 HEA

USM Number: 24622-044

THE DEFENDANT:

Paul E. Sims
Defendant's Attorney

☒ pleaded guilty to count(s)   1 in docket number 4:05CR 78 HEA; 1, 21, 22 in docket number S1-4:05CR85 HEA

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(a)(1) and 846 (4:05CR78 HEA) | Conspiracy to Distribute and Possess with the Intent to Distribute in Excess of 100 Kilograms of Marijuana and Cocaine. | January 2000 until March 2, 2004 | 1 |
| 18 USC 371 (S1-4:05CR85 HEA) | Conspiracy to Commit Armed Bank Robberies and Attempt to Commit Armed Bank Robberies. | June 2000 and continuing through February 5, 2005 | 1 |
| 18 USC 2113(a) and (d) (S1-4:05CR85 HEA) | Bank Robbery | October 21, 2004 | 21 |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) 19, 20, 23, 24 _____ are   dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 24, 2006 _____
Date of Imposition of Judgment

_____
Signature of Judge

Honorable Henry E. Autrey
United States District Judge
Name & Title of Judge

February 24, 2006 _____
Date signed

Record No.: 316

AO 245B (Rev. 06/05)     Sheet 1A - Judgment in a Criminal Case

Judgment-Page __2__ of __8__

DEFENDANT:  DAVID GREENWADE

CASE NUMBER:  4:05CR78 and S1-4:05CR85 HEA

District:   Eastern District of Missouri

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 924(c)(1)(A)(ii) (S1-4:05CR85 HEA) | Brandishing a Firearm In Futherance of a Crime of Violence. | October 21, 2004 | 22 |

AO 245B (Rev. 06/05)     Sheet 1A - Judgment in a Criminal Case

Judgment-Page __2__ of __8__

AO 245B (Rev. 06/05)   Judgment in Criminal Case   Sheet 2 - Imprisonment

Judgment-Page __3__ of __8__

DEFENDANT:  DAVID GREENWADE

CASE NUMBER:  4:05CR78 and S1-4:05CR85 HEA

District:  **Eastern District of Missouri**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  240 months

This term consists of concurrent terms of 180 months on Count One of Docket No. 4:05CR78 HEA, 60 months on Count One of Docket No. S1-4:05CR85 HEA, and 180 months on Count Twenty-One of Docket No. S1-4:05CR85 HEA, and a consecutive term of 84 months on Count Twenty-Two of Docket No. S1-4:05CR85 HEA, to be served consecutively to all other counts.

☒ The court makes the following recommendations to the Bureau of Prisons:

To the extent the defendant is qualified and space is available, that he be allowed to serve his term of incarceration at a Bureau of Prisons facility in Florida, California, or Texas. It is also recommended that the defendant participate in the Financial Responsibility Program while incarcerated, if that is consistent with Bureau of Prisons policies.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at   _____ a.m./pm on  _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on  _____

    ☐ as notified by the United States Marshal

    ☐ as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE

AO 245B (Rev. 06/05)    Judgment in Criminal Case       Sheet 3 - Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT: DAVID GREENWADE
CASE NUMBER: 4:05CR78 and S1-4:05CR85 HEA
District: Eastern District of Missouri

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __5 years__

This term consists of a term of five years on Count One of Docket No. 4:05CR78 HEA, and three years on Counts One, Twenty-One, and Twenty-Two of Docket No. S1-4:05CR85 HEA, all such terms to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The Defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician:
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05)     Judgment in Criminal Case     Sheet 3A - Supervised Release 723

Judgment-Page __5__ of __8__

DEFENDANT: DAVID GREENWADE
CASE NUMBER: 4:05CR78 and S1-4:05CR85 HEA

District:   Eastern District of Missouri

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter for use of a controlled substance.

2. The defendant shall participate in a drug or alcohol abuse treatment program approved by the United States Probation Office, which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, or inpatient treatment in a treatment center or hospital. The defendant shall pay for the costs associated with substance abuse services based on a co-payment fee established by the United States Probation Office. Co-payments shall never exceed the total cost of services provided.

3. The defendant shall submit his person, residence, office, vehicle, or computer to a search conducted by the United States Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

4. The defendant shall provide the probation officer and the Financial Litigation Unite (FLU) of the U.S. Attorney's Office with the access to any requested financial information. The defendant is advised that the probation office may share financial information with FLU.

5. The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or other anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation. The defendant shall imediately notify the probation officer of the receipt of any indicated monies.

6. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the United States Probation Office so long as there is a balance on the Court-imposed financial obligation.

7. The defendant shall pay the restitution as previously ordered by the Court.

AO 245B (Rev. 06/05)   Judgment in Criminal Case      Sheet 5 - Criminal Monetary Penalties

Judgment-Page __6__ of __8__

DEFENDANT: DAVID GREENWADE
CASE NUMBER: 4:05CR78 and S1-4:05CR85 HEA
District:   Eastern District of Missouri

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $400.00 | | $271,702.00 |

☐ The determination of restitution is deferred until _____ . *An Amended Judgment in a Criminal Case (AO 245C)*
will be entered after such a determination.

☐ The defendant shall make restitution, payable through the Clerk of Court, to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| South Community Credit Union, 8814 Gravois, St. Louis, MO 63123 | $196,000.00 | | |
| National Bank, 1611 Troy Road, Edwardsville, IL 62025 | $25,000.00 | | |
| Chubb Group of Insurance Companies, re: Policy Number 00081911534, Claim No. 01-0077357, Fifth Avenue Place, 120 Fifth Avenue, Pittsburgh, Pennsylvania 15222-3008 | $50,702.00 | | |

|  | | | |
|---|---|---|---|
| Totals: | | $271,702.00 | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the.   ☐ fine and /or   ☐ restitution.

☐ The interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 06/05)    Judgment in Criminal Case    Sheet 5A - Criminal Monetary Penalties

Judgment-Page __7__ of __8__

DEFENDANT:  DAVID GREENWADE
CASE NUMBER:  4:05CR78 and S1-4:05CR85 HEA
District:  Eastern District of Missouri

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

IT IS FURTHER ORDERED that pursuant to the Mandatory Victims Restitution Act of 1996, for each of Counts One, Twenty-One, and Twenty-Two of Docket No. S1-4:05CR85 HEA, the defendant shall make restitution in the total amount of $271,702 to: (1) South Community Credit Union, 8814 Gravois, St. Louis, MO 63123, in the amount of $196,000, (2) National Bank, 1611 Troy Road, Edwardsville, IL 62025, in the amount of $25,000, and (3) Chubb Group of Insurance Companies, re: Policy No. 000081911534, Claim No. 01-007357, Fifth Avenue Place, 120 Fifth Avenue, Pittsburgh, Pennsylvania 15222-3008, in the amount of $50,702. Should future additional defendants be determined to be responsible for the same losses, this obligation shall be joint and several, meaning that no further payments shall be required after the sum of the amounts actually pais by all defendants has fully covered the compensable injuries. Restitution is due immediately, but if the defendant is unable to pay the restitution in full immediately, then restitution shall be paid in monthly installments of at least $200, with payments to commence no later than 30 days after release from imprisonment. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

It is recommended that the defendant participate in the Financial Responsibility Program while incarcerated, if that is consistent with Bureau of Prisons policies.

AO 245B (Rev. 06/05)   Judgment in Criminal Case      Sheet 6 - Schedule of Payments

Judgment-Page ___8___ of ___8___

DEFENDANT:  DAVID GREENWADE

CASE NUMBER:  4:05CR78 and S1-4:05CR85 HEA

District:   Eastern District of Missouri

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☒  Lump sum payment of  $272,102.00_____   due immediately, balance due

        ☐ not later than  _____ , or

        ☒ in accordance with  ☐ C,  ☐ D, or  ☐ E below; or ☒ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ E below; or ☐ F below; or

C  ☐  Payment in  _____  (e.g., equal, weekly, monthly, quarterly) installments of  _____ over a period of
        _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in  _____  (e.g., equal, weekly, monthly, quarterly) installments of  _____ over a period of
        _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a

term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from
imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

**IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Count One of Docket No. 4:05CR78 HEA, and Counts One, Twenty-One, and Twenty-Two of Docket No. S1-4:05CR85 HEA, for a total of $400, that shall be due immediately.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several
     Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.